UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALVADORE GARCIA,<br><br>                       Petitioner,<br>     v.<br>BRIAN WILLIAMS, SR., et al.,<br><br>                       Respondents. | Case No. 2:18-cv-00589-JCM-VCF<br><br>ORDER |

On April 17, 2018, this court dismissed petitioner Salvadore Garcia's *pro se* 28 U.S.C. § 2254 habeas corpus petition as improperly commenced because his application to proceed *in forma pauperis* was incomplete (ECF No. 4). Judgment was entered (ECF No. 6).

On May 18, 2018, petitioner filed a Rule 60(b) motion to set aside judgment (ECF No. 9). He also filed a completed application to proceed *in forma pauperis* and paid the filing fee (ECF Nos. 7, 8). However, this case is closed. As this court explained in its previous order dismissing the petition without prejudice, Garcia may file a new petition in a new action with a new case number on this court's form with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. The motion, therefore, is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion to set aside judgment (ECF No. 9) is **DENIED**.

1

**IT IS FURTHER ORDERED** that petitioner's second application to proceed *in forma pauperis* (ECF No. 8) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to petitioner one copy of the documents he has filed in this case.

DATED: June 28, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE